# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0855
Lower Tribunal No. 2009-SC-003470
_____

RUSSELL S. GEORGE,

Appellant,

v.

HARVEST CREDIT MANAGEMENT VII, as successor in interest to HOUSEHOLD BANK (SB), N.A.,

Appellee.

_____

Appeal from the County Court for Lee County.
Tara P. Paluck and Devin S. George, Judges.

January 9, 2026

BROWNLEE, J.

Appellant Russell S. George appeals two orders entered in this small-claims post-judgment action.  As to that portion of the appeal challenging the trial court's order denying Appellant's motion to vacate, we affirm.  We find, however, that the trial court's order denying all pending motions is a nonfinal, non-appealable order.  Accordingly, we treat that portion of the appeal which challenges the order denying all pending motions as a petition for writ of certiorari, *see* Fla. R. App. P. 9.040(c)

("If a party seeks an improper remedy, the cause must be treated as if the proper remedy had been sought . . . ."), and deny the petition on the merits.

AFFIRMED in part; DENIED in part.

STARGEL and NARDELLA, JJ., concur.


Russell S. George, Punta Gorda, pro se.

Ryan E. Sprechman, of Sprechman & Fisher, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED